OPLUS TECHNOLOGIES, LTD.,
Plaintiff–Appellant,

v.

SEARS HOLDINGS CORPORATION,
Defendant,

and

Vizio, Inc., Defendant–Cross–Appellant.

Nos. 2014–1119, 2014–1131.

United States Court of Appeals,
Federal Circuit.

March 27, 2014.

Joseph R. Re, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, Arthur A. Gasey, Niro, Haller & Niro, Chicago, IL, for Plaintiff–Appellant.

Adrian Mary Pruetz, Charles Christian Koole, Glaser, Weil, Fink, Jacobs, Howard & Shapiro LLP, Steven Richard Hansen, Attorney, Lee Tran Liang & Wang LLP, Los Angeles, CA, for Defendant–Cross–Appellant.

## ORDER

Upon consideration of the parties' joint motion to withdraw these appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.